Before the Second Division, June 7, 1956

**No. 60011.**—Bemo Shipping Company v. United States, protest 232408–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of castings wholly of cast iron which have been chiseled, drilled, machined, or otherwise advanced in condition by operations or processes subsequent to the casting process, but have not been made up into articles, or parts thereof, or finished machine parts, and that the merchandise is the same in all material respects as that involved in *United States* v. *Grinnell Co.* (16 Ct. Cust. Appls. 255, T. D. 42844), the claim of the plaintiff was sustained.

**No. 60012.**—Homestrand, Inc., et al. v. United States, protests 240438–K, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).